FILED
JAN 08 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CARL A.R. HITLER JR.

V.

THE ENTIRE HEAVEN ON EARTH, UTOPIA, PARADISE & DOES 1-100 implied

CV20- 0175    WHO (PR)

(CLASS ACTION SUIT)
CEN: 6321903
PFN: BCT175

U.S. DISTRICT COURT NORTHERN CALIFORNIA DISTRICT, S.F. DIVISION

PETITION COMPLAINT TO PROTECT THE RIGHT TO DEFEND REAL & OR PERSONAL PROPERTY AGAINST CRIMINAL FELONY VIOLATORS

The owner of real property may use reasonable force to protect thier property form imminent harm. As a real property owner I have the right to use reasonable force to protect my real property for family members such as I have attempted to do for my son. The reasonable force which I used was nonviolent complaints filed in our U.S. Courts with the confirmed felony causes of action which created an example of what was happening to many families throughout this great county raising awareness to all victims affected including the

true orginal mortgage Lender, investors of thier unprotected investments from major fraud which historically has caused wars among nations throughout this earth never establishing Heavon on Earth, Utopia, Paradise for all that mater. The unreasonable force used by them which commit major fraudulent bank, mortgage, lending real estate fraud never allows for my people who have earned Heaven on Earth, Utopia Paradise to ever exist because of major Fraud, Waste & Abuse. The defendants have used illegal force committing crimes as Obstruction of Justice by not reviewing all of my court files which I have always made them a part of every case as Exhibits because my work for the U.S. Department of Defense is partily on the record with both this Superior Court of Alameda, Marin County and U.S. Federal Court as part of my investigative report with the DOD CIA Military Command I am a member as a high ranking Chief Commander Chaplain. The documentation filed explaining the legal ownership of my real property

(2)

parcels is filled with the courts with Exhibits and Assessors Parcel Numbers (APN). On 30 Dec 2019 I spoke to Deputy Public Defender Mrs. Jordan and confirmed these issues about my false fraudulent imprisonment. Additionally, Deputy Public Defender Mrs. Jordan confirmed she would further review my file & court filings which I have put on the record as caselaw for my investigation. These court records on file with this Superior Court of Alameda will easily prove beyond a reasonable doubt that the defendants violated many criminal felony statutes of Law and Obstructed Justice in doing so as a conspired plot to bring major Fraud Upon the United States of American Government as commend everyday pratice as customarily evil habits perform repeatedly fraud upon fraud (Penal Code 115, filing false fraudulent documents @ Government Offices). In the instant case and every other case in this county I have met the burden of proof finding myself not guilty of any crimes. Anyone who can read @ a six grade level would

(3)

easily consider reasonably with factual evidence that I have committed no crimes investigating fraud upon fraud to the U.S. Government which is in pursuit destroying lifes and false imprisoning many. (People v. Gonzales (1999) 74 Cal. App 4th, 382, 389-390 [88 Cal. Rptr. 2d 111] People v. Breverman (1998) 19 Cal. 4th. 142, 137 [77 Cal. Rptr. 2d 870, 960 P. 2d 1094]) The level of Lawless intentional deliberate unexcusable negligence of the conduct of the Superior Court of California, County of Alameda is sufficient for a criminal conspiracy U.S. Federal Investigation to stop & correct all of the Major Fraud Upon this U.S. Government. While proof of ordinary negligence is sufficient to prevent killings from being excused under Penal Code section 195, subd 1 proof of ordinary negligence is not sufficient to find these I have alleged guilty of voluntary and or involuntary manslaughter under Penal Code section 192 (b) (People v. Penny (1995) 44 Cal. 2d, 861, 871 880 [285 P. 2d 926].). Hypothetically, as now we all required to prosecute, judge & convict, thyself with the full

Authority on the highest Law after the Book of Revelations in the Holy Bible. "Just don't give up trying to do what you really want to do. Where there's Love and inspiration. I don't think you can go wrong." Ella Fitzgerald. I Thank all of the U.S. Department of Defense members for all Thier hard work within this possable mission for all GOD's children throughout Heaven on Earth, Utopia Paradise which requires everybody's efforts to Love one another just like our DOD brave members. I have been under General Powell's command and his recent advise per our telephone conversation about my Pop gave me understanding about how far we have overcome major changes. Praise GOD. "Behold what manner of Love the Father has bestowed on us, that we should be called children of GOD! Therefore the world does not know us, because it did not know Him. Beloved, now we are children of GOD and it has not yet been revealed what we shall be, but we know that when He is revealed, we shall be like Him, for we shall see Him as He is. And

everyone who has this hope in Him purifies himself just as He is pure. Whoever commits sin also commits lawlessness and sin is lawlessness." 1 John 3:1-4.

1/1/2020   Carl A. R. Hitler JR.
AKA: Renowitzky, GENERAL
Chief JAG, U.S.M.C.

Member of the National Native American Bar Association #HT16



Carl A. Renowitzky
PFN: BCT145
Santa Rita Jail
Dublin, California

OAKLAND CA 945
03 JAN 2020 PM 7

Civil Court Clerk Fillings Office
U.S. District Court, Northern
California District, SF Division
450 Golden Gate Avenue
San Francisco, California

RECEIVED
JAN -6 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568